# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-10553-MDC

DURWIN GODWIN

1636 HIGH AVENUE

WILLOW GROVE, PA 19090

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    DURWIN GODWIN

    1636 HIGH AVENUE

    WILLOW GROVE, PA 19090

Counsel for debtor(s), by electronic notice only.

    DIANE E BARR, ESQUIRE
    LAW OFFICE OF DIANE E BARR
    24 VETERANS SQUARE
    MEDIA, PA 19063-

                                              /S/ William C. Miller

Date: 4/4/2019                                _____

                                                          William C. Miller, Esquire
                                                          Chapter 13 Standing Trustee