**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

DURWIN GODWIN                               Chapter 13

          Debtor                    Bankruptcy No. 19-10553-MDC

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

**AND NOW**, this ___22nd___ day of ___August___, 2019, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DIANE E BARR, ESQUIRE
LAW OFFICE OF DIANE E BARR
24 VETERANS SQUARE
MEDIA, PA 19063-

Debtor:
DURWIN GODWIN

1636 HIGH AVENUE

WILLOW GROVE, PA 19090