United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 19-10553-mdc
Durwin Godwin                                                       Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2            User: PaulP                  Page 1 of 2                  Date Rcvd: Aug 22, 2019
                                Form ID: pdf900              Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 24, 2019.
db             +Durwin Godwin,    1636 High Avenue,    Willow Grove, PA 19090-4533
cr             +BAYVIEW LOAN SERVICING, LLC,    C/O POWERS KIRN, LLC PENNSYLVANIA OFFICE,
                 8 NESHAMINY INTERPLEX DRIVE SUITE 215,    TREVOSE, PA 19053-6980
14270623       +Bayview Loan Servicing,    Po Box 650091,    Dallas, TX 75265-0091
14270794       +Bayview Loan Servicing, LLC,    c/o Rebecca A. Solarz, Esq.,    KML Law Group. PC,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14269418       +Bayview Loan Servicing, LLC,    c/o Jill Manuel-Coughlin, Esq.,
                 Eight Neshaminy Interplex, Suite 215,    Trevose, PA 19053-6980
14355931       +US Department of Education,    US Department of Educaton,    National Payment Center,
                 PO Box 790336,    Saint Louis, MO 63179-0336

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Aug 23 2019 03:10:12     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 23 2019 03:09:44
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 23 2019 03:09:58     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14294234       +E-mail/Text: bnc@atlasacq.com Aug 23 2019 03:09:21     Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
14296685       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Aug 23 2019 03:09:58
                 Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd, 5th Floor,
                 Coral Gables, FL 33146-1837
14283765        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 23 2019 03:12:59     LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14301676       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 23 2019 03:09:47     MIDLAND FUNDING LLC,
                 PO Box 2011,    Warren, MI 48090-2011
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14303591*      Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd., 5th Floor,
                 Coral Gables, FL, 33146-1837
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 22, 2019 at the address(es) listed below:
              DIANE E. BARR    on behalf of Debtor Durwin  Godwin thelawofficeofdianebarr@yahoo.com,
               dbarrcg@aol.com
              HARRY B. REESE    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC harry.reese@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;jill@pkallc.com;samantha.gonzalez@pkallc.com;mary.r
               aynor-paul@pkallc.com;amanda.rauer@pkallc.com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              MARIO J. HANYON    on behalf of Creditor    Bayview Loan Servicing, LLC, A Delaware Limited
               Liability Company paeb@fedphe.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Bayview Loan Servicing, LLC, A Delaware Limited
               Liability Company bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com

```
District/off: 0313-2           User: PaulP               Page 2 of 2               Date Rcvd: Aug 22, 2019
                               Form ID: pdf900           Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
                                                                                                     TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

DURWIN GODWIN                                           Chapter 13

                        Debtor                    Bankruptcy No. 19-10553-MDC

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

**AND NOW**, this ___22nd___ day of ___August___, 2019, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DIANE E BARR, ESQUIRE
LAW OFFICE OF DIANE E BARR
24 VETERANS SQUARE
MEDIA, PA 19063-

Debtor:
DURWIN GODWIN

1636 HIGH AVENUE

WILLOW GROVE, PA 19090