



## peco™
AN EXELON COMPANY

Page 1 of 3

Name: DURWIN GODWIN JR
Account Number: 5035024000
Phone Number: 267-269-7697
Service Address: 1636 High Ave, Willow Grove

**Emergency and Repair**

⚡ 800-841-4141
This is the number to call to report power outages, gas leaks or odors, and safety hazards related to PECO Equipment.

■ PECO ELECTRIC DELIVERY
■ ELECTRIC SUPPLY

**ELECTRIC**
**$900.05**

PECO
2301 MARKET STREET
PHILADELPHIA, PA 19103
800-494-4000
peco.com

■ TAXES & FEES

**Billing Summary**

| | |
|---|---|
| Bill Date | 02/13/2025 |
| Charges/Credits from previous bill | $2,487.57 |
| Total Other Charges | $2,487.57 |

**Current Period Charges**

| | |
|---|---|
| Electric | $672.05 |
| Total New Charges | $672.05 |
| **Total Amount Due on 03/07/2025** | **$3,159.62** |

**General Information**
Next scheduled meter reading: 03/19/2025

**800-774-7040**
If you have any questions or concerns, please call 800-494-4000 before the due date. Si tiene alguna pregunta, favor de llamar al numero 800-494-4000 antes de la fecha de vencimiento.

**peco.com/service**
Customer Self Service - Manage Your Account 24/7
Start, stop and move your service.

📧 Online: peco.com          🏢 In Person: 2301 Market St., Philadelphia, PA 19103          📞 By Phone: 800-774-7040

---

Return only this portion with your check made payable to PECO. Please write your account number on your check.
☐ Enroll in Automatic Payment. Complete form on reverse side.
☐ Pledge a donation to MEAF, complete form on reverse side.

## peco™
AN EXELON COMPANY
2301 Market Street
Philadelphia, PA 19103-1380

**Pay Today!**
📧 peco.com/ebill
Go paperless: receive and pay your bill online.

| Account # 5035024000 | 📞 877-432-9384 Pay by phone, a convenience fee will apply. |
|---|---|
| **Please pay this amount by 03/07/2025** | **$3,159.62** |
| Payment Amount | $ |

0004585 01 AV  C54  ^AUTO  T7 2 8732 19090-453306  -C02-B1-P04599-I12 4

DURWIN GODWIN JR
1636 HIGH AVE
WILLOW GROVE, PA 19090-4533

PECO - PAYMENT PROCESSING
PO BOX 37629
PHILADELPHIA PA 19101-0629

5035024000010067205506631597629

LGLS204A05A0AAA.043482.04.04.000000